Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN CLARK WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CASE NO.<br>3:22-cv-00523-CSD<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF** |

　　Plaintiff by his attorney, moves for a fifty-eight (58) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed May 3, 2023.

　　Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between April 28, and June 23, 2023, staff in Counsel's office have one hundred and ninety-five (195) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue

1

hardship. This extension is needed to thoroughly and properly prepare the brief by the current deadline.

Wherefore, Plaintiff requests an extension from May 3, 2023 up to and including June 30, 2023 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who has no objection to this request.

Dated April 26, 2023.

                                         Respectfully submitted,

                                         */s/Hal Taylor*

**ORDER**

IT IS SO ORDERED.

DATED: May 1, 2023.

_____
UNITED STATES MAGISTRATE JUDGE